**Erica MAHOP, Appellant,**

v.

**GMAC MORTGAGE, LLC, Appellee.**

**No. 05–12–00626–CV.**

Court of Appeals of Texas,
Dallas.

Jan. 17, 2013.

Erica Mahop, pro se.

Olga Panchenko, San Diego, CA, for appellee.

Before Justices MOSELEY, FRANCIS, and LANG.

**OPINION**

Opinion by *Justice* MOSELEY.

Appellant's brief is overdue. By letter dated October 5, 2012, we notified appellant the time to file her brief had expired. We directed appellant to file her brief and an extension motion within ten days. We cautioned appellant that failure to do so

would result in the dismissal of this appeal. To date, appellant has not filed her brief, an extension motion, or otherwise corresponded with the Court regarding the status of her appeal.

Accordingly, we dismiss this appeal. *See* TEX.R.APP. P. 38.8(A)(1); 42.3(b),(c).